UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRBY HENDON,<br><br>  Plaintiff,<br><br>v.<br><br>DENIS R. MCDONOUGH,<br><br>  Defendant. | Case No.  23-cv-00805-VC<br><br>**ORDER DISMISSING CASE** |

For the reasons discussed at the hearing, the case is dismissed without prejudice under Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 20, 2023

_____
VINCE CHHABRIA
United States District Judge